Peter M. Hoffman, sheriff of Cook county, Illinois, for use of Ella Schachter, appellant, v. Eslien Company and United States Fidelity & Guaranty Company, appellees. Gen. No. 32,077.

Appeal from order vacating judgment. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard

in the first division of this court for the first district at the October term, 1927. Reversed and remanded with directions. Opinion filed January 30, 1928.

Jerome Hall, for appellant. Eugene P. Kealy, for appellees.

Mr. Justice McSurely delivered the opinion of the court.